FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 16 P 4:24

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

# SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr. - Principal
Direct Dial: 410-576-4811
Email: jstanley@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
McLEAN, VIRGINIA

January 14, 2002

RECEIVED
IN THE CHAMBERS OF
MARVIN J. GARBIS

JAN 16 2002

UNITED STATES DISTRICT COURT

**Via HAND DELIVERY**
Hon. Marvin J. Garbis
United States District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:  *Laurie J. Pass v. UNUM Life Insurance Co.*
      Civil No. MJG-01-3279

Dear Judge Garbis:

Following up on our letter of December 11, 2001, we are writing to advise that counsel continue to communicate in an effort to narrow the issues in this case. However, that process has not as yet been completed, and we ask another 45 days within which to continue that process and to provide you with a status report with respect to whether we need to request any adjustment in the Scheduling Order in this matter.

Thank you very much for your courtesy and cooperation in this matter.

Very truly yours,

OK / Phil O'Shaughnessy  1/14/02
Phillips O'Shaughnessy

J. Snowden Stanley, Jr.

JSS,Jr./cmw
(B0237698.WPD;1)

Approved this 16th day of January, 2002
[signature]

TOTAL P.03