# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Laurie J. Poss, M.D. | * |
| Plaintiff | * |
| | Case No. MJG 01 CV 3279 |
| v. | * |
| UNUM Life Insurance Company of America | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that the Plaintiff shall have an extension of time within which to respond to the Defendant's Motion to Dismiss and Motion for Summary Judgment until and including May 29, 2002; and the Defendant shall have an extension of time until and including June 20, 2002 within which to file any Reply Memorandum to that Opposition.

_____
Phillips P. O'Shaughnessy
Phillips P. O'Shaughnessy, P.A.
1102 Terrace Glen
Baltimore, Maryland 21210
(410) 532-0300

Attorney for Plaintiff

_____
J. Snowden Stanley, Jr.
Federal Bar No. 00059
Semmes, Bowen & Semmes, P.C.
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant

## ORDER

The foregoing Stipulation is hereby approved.

Date _May 6, 2002_      _____
Judge, United States District Court
For the District of Maryland

(B0260007.WPD;1)