

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge
410-962-7700

December 2, 2002

TO ALL COUNSEL OF RECORD

Re: Poss v. UNUM, MJG-01-3279

Dear Sir/Madam:

I have your respective letters regarding a recent 60 Minutes broadcast which, it is said, may have something to do with this case.

I have not seen the broadcast. Absent a showing to the contrary - for example if something within the broadcast constituted admissible evidence such as an admission - I would not consider the broadcast. Accordingly, until granted leave to do so, the parties should not provide me with a recording or transcript of the broadcast.

Although informal, this letter constitutes an Order of this Court.

Yours truly,

Marvin J. Garbis
United States District Judge

CC: Clerk of Court