FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUN 24  P 3: 56
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

| | | |
|---|---|---|
| Laurie J. Poss | * | |
| | * | |
| Plaintiff | * | CIVIL CASE |
| | * | |
| v. | * | MJG 01 CV 3279 |
| | * | |
| UNUM Life Insurance | * | |
| Company of America | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO RE-OPEN/CONTINUE
## THE RULE 111.1 ORDER ANOTHER 15 DAYS

Plaintiff, by her undersigned counsel, pursuant to the Order of Dismissal dated May 23, 2003, for good cause shown, hereby moves the court for an Order continuing the case for another 15 days, in which time period it is anticipated that the parties' will close their settlement agreement, and shows the following:

A.  Settlement papers have been drafted by the defense and are generally acceptable, subject to confirmation of editing terms proposed by plaintiff to defendant, and subject to plaintiff's verification of the accounting, to be provided by defendant, of its calculation of interest and due date of payment.

B.  The parties appear to agree that the dismissal will be without prejudice. The release terms will extinguish the plaintiff's claims for past due benefits. Future benefits will be administered under the policy and the parties are agreed that their settlement will not prejudice any claim that the plaintiff in the future may develop, if any, as against the Defendant.

      C.      Accordingly, the parties pray this Court to allow them through and including July 8, 2003, to close their settlement, and to not mark this case as dismissed with prejudice.

      D.      Undersigned's office has advised that defense counsel, Mr. Stanley called on June 20th and advised that he is in agreement with this motion. Undersigned requests Mr. Stanley's direct communication on this point to the court.

**So Ordered** this 24th day of June, 2003

Dismissal is continued through and including July 8, 2003, and will be on a without prejudice basis.

_/s/_
Hon. Marvin J. Garbis
United States District Judge


Dated: June 21, 2003
Baltimore, Maryland

_/s/_
Phillips P. O'Shaughnessy
Bar number: 01217
Phillips P. O'Shaughnessy, P.A.
1102 Terrace Glen
Baltimore, Maryland 21210
410.532.0300
Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that on this 21st day of June 2003 I sent by facsimile and thereafter confirmatorily mailed a true copy of the foregoing motion to compel discovery by depositing same in the US mail, first class, postage prepaid, and addressed to:

J. Snowden Stanley, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
Counsel for Defendant

/s/
_____
Phillips P. O'Shaughnessy