# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Laurie J. Poss, M.D.** | * | |
| Plaintiff | * | |
| | | Case No. MJG 01 CV 3279 |
| v. | * | |
| **UNUM Life Insurance Company of America** | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff and the Defendant, by their undersigned counsel, hereby stipulate and agree that the above-entitled action shall be dismissed without prejudice.

/s/ _____
Phillips P. O'Shaughnessy
Phillips P. O'Shaughnessy, P.A.
1102 Terrace Glen
Baltimore, Maryland 21210
(410) 532-0300

Attorney for Plaintiff

/s/ _____
J. Snowden Stanley, Jr.
Federal Bar No. 00059
Semmes, Bowen & Semmes, P.C.
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant

## ORDER

The foregoing Stipulation is hereby approved.

Date_____        _____
                                    Judge, United States District Court
                                    For the District of Maryland

(B0348555.WPD;1)